## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

XAVIER MONTRELL BAKER,       )
                                  )
      Plaintiff,          )
                                  )
v.                                )     Case No. CIV-23-797-SLP
                                  )
GEO LAWTON CORRECTIONAL     )
FACILITY, et al.,           )
                                  )
      Defendants.     )

## O R D E R

Plaintiff, proceeding pro se, brings this action pursuant to 42 U.S.C. § 1983. The matter was referred to United States Magistrate Judge Amanda Maxfield Green pursuant to 28 U.S.C. § 636(b)(1)(B) and (C). Judge Green recommends dismissal of this matter because Plaintiff has failed to comply with the Court's order to file the required service paperwork. Plaintiff had until February 13, 2025 to object to the R. & R. No objection has been filed, nor has an extension of time in which to object been sought or granted. Upon review, the Court concurs with Judge Green's analysis.

IT IS THEREFORE ORDERED that the Report and Recommendation [Doc. No. 19] is ADOPTED in its entirety. This matter is DISMISSED without prejudice due to Plaintiff's failure to comply with the Court's orders. A separate Judgment of Dismissal shall be entered contemporaneously with this Order.

IT IS SO ORDERED this 28th day of February, 2025.

SCOTT L. PALK
UNITED STATES DISTRICT JUDGE